UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX MANUEL BERMUDEZ,  )<br>                          )<br>            Petitioner, )<br>                          )<br>     v.                  )<br>                          )<br>JOE McGRATH,              )<br>                          )<br>            Respondent.   )<br>_____) | 1:04-CV-05108 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>[Doc. #17]<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATION<br>[Doc. #16]<br><br>ORDER DENYING PETITION FOR WRIT<br>OF HABEAS CORPUS<br>[Doc. #1]<br><br>ORDER DIRECTING CLERK OF COURT<br>TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 11, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DENIED. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order.

On October 27, 2006, Petitioner filed a motion for an extension of time to file objections.

1  Petitioner filed his objections on November 13, 2006.

2         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
3  *novo* review of the case.  Having carefully reviewed the entire file and having considered the
4  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
5  supported by the record and proper analysis, and there is no need to modify the Findings and
6  Recommendations based on the points raised in the objections.

7         Accordingly, IT IS HEREBY ORDERED that:

8         1. Petitioner motion for extension of time is GRANTED *nunc pro tunc* to November 13,
9         2006;

10        2. The Findings and Recommendation issued October 11, 2006, is ADOPTED IN FULL;

11        3. The petition for writ of habeas corpus is DENIED; and

12        4. The Clerk of Court is DIRECTED to enter judgment.

13  IT IS SO ORDERED.

14  **Dated:     December 3, 2006                          /s/ Oliver W. Wanger**
    emm0d6                                         UNITED STATES DISTRICT JUDGE