UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX MANUEL BERMUDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JOE McGRATH,<br><br>    Respondent. | 1:04-CV-5108 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(DOCUMENT #17) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On October 27, 2006, petitioner filed an application/motion to extend time to file objections. On November 13, 2006, and during the pendency of this order, petitioner filed his objections. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR:

    Petitioner's application/motion shall, by this order, be granted nunc pro tunc.

IT IS SO ORDERED.

**Dated:**   **December 7, 2006**           **/s/ Sandra M. Snyder**
23ehd0                                        UNITED STATES MAGISTRATE JUDGE