UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 2 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

FELIX MANUEL BERMUDEZ,

vs.

JOE McGRATH,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-04-5108 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____
_____
_____
_____

__X__    Denied for the following reason:
SUFFICIENT EVIDENCE CONSISTING OF CORROBORATIVE EYE WITNESS TESTIMONY, ACCOMPLICE TESTIMONY, AND CIRCUMSTANTIAL EVIDENCE TO SUSTAIN PETITIONER'S CONVICTIONS FOR ASSAULT WITH A FIREARM AND ATTEMPTED ROBBERY OF INHABIT DWELLING (FOUR COUNTS EACH CRIME).

Dated: 12-28-06

_____
OLIVER W. WANGER
United States District Judge